```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 04992
   WILLIE WILLIAMS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-7927


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 03/03/2008 and was confirmed 05/01/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  14.00%.

      The case was dismissed after confirmation 11/13/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED         1298.25            .00            .00
ASSET ACCEPTANCE CORP      NOTICE ONLY     NOT FILED            .00            .00
AT & T                     UNSECURED       NOT FILED            .00            .00
ASSET ACCEPTANCE CORP      UNSECURED          188.90            .00            .00
CERTIFED SVC               UNSECURED       NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED            .00            .00
CITY OF CHICAGO WATER DE   UNSECURED       NOT FILED            .00            .00
MEDICAL BUSINESS BUREAU    UNSECURED       NOT FILED            .00            .00
MIDLAND CREDIT MANAGEMEN   NOTICE ONLY     NOT FILED            .00            .00
NCO FINANCIAL SYSTEMS IN   UNSECURED       NOT FILED            .00            .00
NCO-MEDCLR                 UNSECURED       NOT FILED            .00            .00
PDI MAGT SVC               UNSECURED       NOT FILED            .00            .00
JOHN NASH                  NOTICE ONLY     NOT FILED            .00            .00
ACCREDITED HOME LENDER     CURRENT MORTG        .00             .00            .00
ACCREDITED HOME LENDER     MORTGAGE ARRE        .00             .00            .00
ACCREDITED HOME LENDER     NOTICE ONLY     NOT FILED            .00            .00
ADVANCE LOANS INC          SECURED VEHIC    3100.19          59.30         273.54
HITCHCOCK AND ASSOCIATES   PRIORITY        NOT FILED            .00            .00
CAVALRY PORTFOLIO SERVIC   UNSECURED        1356.60             .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        1910.46             .00            .00
COUNTY PROP TAX REFUND     UNSECURED       NOT FILED            .00            .00
ADVANCE LOANS INC          UNSECURED        3062.74             .00            .00
B REAL LLC/MS 550          UNSECURED        1085.55             .00            .00
THOMAS R HITCHCOCK         DEBTOR ATTY     2,964.50                         536.56
TOM VAUGHN                 TRUSTEE                                           75.60
DEBTOR REFUND              REFUND                                              .00


        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                              RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                        945.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 04992 WILLIE WILLIAMS

```
PRIORITY                                                             .00
SECURED                                                           273.54
     INTEREST                                                      59.30
UNSECURED                                                            .00
ADMINISTRATIVE                                                    536.56
TRUSTEE COMPENSATION                                               75.60
DEBTOR REFUND                                                        .00
                                      ----------------    ----------------
TOTALS                                        945.00              945.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 02/25/09                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE